IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ,              )
                                        )
                    Petitioner,         )
                                        )    Civil Action No. 09 -745 (RCL)
        v.                              )
                                        )
BARACK OBAMA, *et al.*,                 )
                                        )
                    Respondents.        )    **FILED**
_____ )
                                             JAN 1 8 2011

                                             Clerk, U.S. District and
                                             Bankruptcy Courts
                  [PROPOSED] ORDER

        Upon consideration of Respondents' Consent Motion for Enlargement of Time to

Respond to the Petitoner's Motion to Strike Statements from the factual Return,

it is hereby

        ORDERED that the the time allowed for Respondents to file their Opposition to said

motion is enlarged until February 4, 2011.

        SO ORDERED.


Date:  1/14/11

                                    _____
                                    ROYCE C. LAMBERTH
                                    UNITED STATES DISTRICT JUDGE